US District Court for the Middle District of Pennsylvania
228 Walnut St. PO Box 983 Harrisburg PA 17108

Lena Lasher v. PA State Board of Pharmacy et al

Civil No.: 1:17-CV-01546

Judge Conner

Chief Magistrate Judge Schwab

**FILED**
HARRISBURG, PA

FEB 20 2018

PER ___DM___
DEPUTY CLERK

Dear Clerk of the Court,

Please give me the status of my case. As of February 15, 2018, I have not heard from the PA Board of Pharmacy, as per the Court's instruction of December 14, 2017.

Thank you very much.

Very truly yours,

*Lena Lasher*

Lena Lasher Register # 67662-054

Federal Correctional Institution 33 & 1/2 Pembroke Rd.

Danbury, CT 06811

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENA LASHER, | CIVIL NO.: **1:17-CV-01546** |
| Plaintiff, | |
| v. | (Chief Judge Conner) |
| | (Chief Magistrate Judge Schwab) |
| PENNSYLVANIA STATE BOARD OF PHARMACY, *et al.*, | |
| Defendants. | |

## ORDER
December 14, 2017

**IT IS ORDERED** that the plaintiff's motion for leave to proceed in forma pauperis (*doc.2*) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is specially appointed to serve a copy of the complaint, notice of lawsuit and request for waiver of service of summons, waiver, and this order on the defendants. The Court requests that the defendants cooperate in efforts to simplify case administration by waiving service pursuant to Fed.R.Civ.P. 4(d).[1] The waiver requests shall inform the defendants both of the consequences of compliance and of failure to comply with the requests.

---

[1] The intent of this order is to administer this matter in a manner consistent with Federal Rule of Civil Procedure 1, "to secure the just, speedy, and inexpensive determination of every action."

The defendants are permitted 30 days from the date the waiver requests are sent (60 days if addressed outside any judicial district of the United States) to return the signed waivers or electronically file them in the court's Electronic Case Filing (ECF) system. If a signed waiver is not returned or electronically filed within the required time, an order shall be issued directing the Clerk's office to transmit the summons and a copy of the complaint to the U.S. Marshals Service for immediate service under Fed.R.Civ.P. 4(c)(1).

S/Susan E. Schwab
Susan E. Schwab
United States Chief Magistrate Judge

2



Lena Lasher Register #67662-054
Federal Correctional Institution
33½ Pembroke Rd.
Danbury, CT 06811

USMS X-RAY

⇔67662-054⇔
Clerk Of Court
PO box 983
228 Walnut   Per _____ DM
Middle District of Pennsylvania
Harrisburg, PA 17108
United States

RECEIVED
HARRISBURG, PA
FEB 20 2018

Legal Mail