United States District Court for the Middle District of Pennsylvania

Lena Lasher, Plaintiff
v.                Civil No: 1:17-CV-01546    Chief Judge Conner, Chief Magistrate Judge Schwab
Theresa M. Talbott, et al, Defendants

**Dear Chief Magistrate Judge Schwab,**

My name is Lena Lasher.

Per the internet, the Court placed an order on July 25, 2019; however, I have not received this order. Please ask the Clerk of the Court to send or email (lenalasher@yahoo.com) me the order as soon as possible as I do not want to miss any deadline. Also, I will be leaving out of state soon and hope to receive the order prior to my departure.

Thank you very much for your time.

Respectfully submitted, *lenalasher*    Date: August 2, 2019

Lena Lasher, Pro-se Plaintiff, 16 Patton Street, High Bridge, New Jersey, 08829

FILED
HARRISBURG, PA
AUG 05 2019
Per _____
Deputy Clerk

Nina Lashen
16 Pattow St
High Bridge NJ 08829

RECEIVED
HARRISBURG, PA
AUG 05 2019
PER _____
DEPUTY CLERK

Clerk of the Court
US District Court -
Middle District of Pennsylvania
228 Walnut St.
Harrisburg PA 17101