United States District Court for the Middle District of Pennsylvania

Lena Lasher, Plaintiff
v.                Civil No: 1:17-CV-01546   Chief Judge Conner, Chief Magistrate Judge Schwab
Theresa M. Talbott, et al., Defendants

### Plaintiff's Answer to Chief United States Magistrate Judge Schwab's Order of July 25, 2019

Now comes the Plaintiff, Lena Lasher, through pro-se representation, hereby respectfully answering the Court by providing the court with dates she is available for a status call, which is September 24 and September 26, 2019.

Please arrange for a phone conference of either September 24 or September 26, 2019

The Plaintiff thanks the Court very much for its understanding.

The Plaintiff, Lena Lasher, hereby certifies that she has this 26th day of August 2019 caused a copy of the foregoing "Plaintiff's Answer to Chief United States Magistrate Judge Schwab's Order of July 25, 2019" upon the persons and in the manner indicated below which service satisfies the requirements of PA. R.A.P. 121:

Service by first-class mail, postage prepaid, addressed as follows indicated below, which satisfies the requirements of PA. R.A.P. 121: Service by first-class mail, postage prepaid, addressed as follows:

United States District Court                Attorney General Josh Shapiro
for the Middle District of Pennsylvania     DAG Allison Deibert
Clerk of the Court                            Commonwealth of Pennsylvania
PO Box 983, 228 Walnut                      15th Floor Strawberry Square
Harrisburg, PA 17108                        Harrisburg, PA 17120

Respectfully submitted,                     Date: August 26, 2019
*Lena Lasher* (signature)

Lena Lasher, Pro-se Plaintiff, 16 Patton Street, High Bridge, New Jersey, 08829

FILED
HARRISBURG, PA
AUG 29 2019
PER ___ MQ ___
DEPUTY CLERK

Lena hasher
16 Patton St
High Bridge  NJ 08829

RECEIVED
HARRISBURG, PA
AUG 29 2019
Per ___MQ___
Deputy Clerk

Clerk of the Court
United States District Court for the
    Middle District of Pennsylvania
PO Box 983
228 Walnut
Harrisburg, PA 17108