

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

July 31, 2020

**Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone (717) 705-2532**
**adeibert@attorneygeneral.gov**

*VIA ECF*
The Honorable Susan E. Schwab

      Re:    Lasher v. PA State Board of Pharmacy, et al.
             No. 17-cv-01546 (M.D.Pa.)

Dear Judge Schwab:

      Pursuant to your Order entered July 24, 2020 (Doc. 90), I write to inform the Court that Defendants are willing to engage in settlement discussions and that a third party mediator would be beneficial.

                Sincerely,

                *s/Allison L. Deibert*
                Allison L. Deibert
                Deputy Attorney General

CC: Lena Lasher, via US Mail