IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENA LASHER, | : | |
| Plaintiff | : | No. 1:17-CV-1546 |
| | : | |
| v. | : | |
| | : | Magistrate Judge Schwab |
| PENNSYLVANIA STATE BOARD OF PHARMACY, THOMAS BAT and KERRY E. MALONEY, | : | Electronically Filed Document |
| Defendants | : | Complaint Filed 08/29/17 |

## STIPULATED ORDER

AND NOW, this 27th day of January, 2021, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the Stipulation of Dismissal is ADOPTED. This matter is DISMISSED with prejudice.

*S/Susan E. Schwab*

**Susan E. Schwab**
**United States Magistrate Judge**